# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JOHN BAMFORTH, et al.,

    Plaintiffs,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

Case No. 2:21-cv-00712-JAD-NJK

**ORDER**

[Docket No. 8]

Pending before the Court is a stipulation of extension of time for Defendant to respond to Plaintiff's complaint. Docket No. 8. "A motion or stipulation to extend time must state the reasons for the extension requested[.]" LR IA 6-1. The pending stipulation fails to comply with the Court's Local Rule. Accordingly, the Court **DENIES** the stipulation without prejudice.

IT IS SO ORDERED.

Dated: May 6, 2021

                                                          Nancy J. Koppe
                                                          United States Magistrate Judge