UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JOHN BAMFORTH, ALISE BAMFORTH, JESSICA ENAMORADO, CYNTHIA LIERA, individually and on behalf of all those similarly situated, | CASE NO. 2:21-cv-00712-JAD-NJK |
| Plaintiffs, | |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, DOES 1 through 10, | |
| Defendant. | |

**ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT AND BRIEFING SCHEDULE**
**(Second Request)**

COME NOW Plaintiffs JOHN BAMFORTH, ALISE BAMFORTH, JESSICA ENAMORADO and CYNTHIA LIERA, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through their respective attorneys of record, and herein stipulate, agree and make joint application to extend the time for Defendant to respond to Plaintiffs' Complaint and for an extended briefing schedule.

1

This case is one of eight putative class action matters currently pending before the U.S. District Court for the District of Nevada. Plaintiffs have specifically alleged that the insurers' different adjustments to their customers' auto insurance premiums in response to the COVID-19 pandemic were somehow unlawful. Defendant anticipates filing a Motion to Dismiss Plaintiffs' Complaint based on pleading challenges, asserting that Plaintiffs are barred from pursuing their claims in civil court, along with arguments on the merits. To address these issues, defense counsel must investigate, research, analyze, and brief the issues expected to be raise in the Motion to Dismiss, and obtain input and confirmation from Defendant State Farm. Similar motions are currently pending in several of the other putative class action cases and Plaintiffs' counsel needs sufficient time to analyze and brief the issues in each of these eight pending matters.

. . .

. . .

. . .

. . .

1      Given the potential dispositive nature of Defendants' motion and the number of pending

2 matters to which Plaintiffs' counsel must respond, additional time is required to adequately brief

3 these issues. The parties therefore agree to the following briefing schedule:

4 Defendant's Motion to Dismiss:                                           May 17, 2021

5 Plaintiffs' Opposition to the Motion to Dismiss:                 June 17, 2021

6 Defendant's Reply:                                                    July 2, 2021

7

8 Dated this 7th day of May 2021            Dated this 7th day of May 2021

9 ALVERSON TAYLOR & SANDERS      EGLET ADAMS

10

11 J. BRUCE ALVERSON, ESQ.            /s/ Danielle C. Miller
                                                     ROBERT T. EGLET, ESQ.
Nevada Bar No. 1339                     Nevada Bar No. 3402

12 KARIE N. WILSON, ESQ.             eservice@egletlaw.com
Nevada Bar No. 7957                     DANIELLE C. MILLER, ESQ.

13 6605 Grand Montecito Pkwy, Ste. 200     Nevada Bar No. 9127
Las Vegas, NV 89149                     400 S. Seventh Street

14 702-384-7000 Phone                     Suite 400
702-385-7000 Fax                        Las Vegas, Nevada 89101

15 *Attorneys for Defendant*                702-450-5400 Telephone
*State Farm Mutual Automobile*         702-450-5451 Facsimile

16 *Insurance Company*                   *Attorneys for Plaintiffs*

17

18                  **ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO**

19 **PLAINTIFFS' COMPLAINT AND APPROVAL OF BRIEFING SCHEDULE**

20       **IT IS SO ORDERED.**

21       Dated _ May 7               , 2021.

22                                                         
                                          U.S. MAGISTRATE JUDGE

23

24