ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
CASSANDRA S.M. CUMMINGS, ESQ.
Nevada Bar No. 11944
**EGLET ADAMS**
400 S. Seventh St., Suite 400
Las Vegas, NV 89101
(702) 450-5400; Fax: (702) 450-5451
eservice@egletlaw.com

MATTHEW L. SHARP, ESQ.
Nevada Bar No. 4746
**MATTHEW L. SHARP, LTD.**
432 Ridge Street
Reno, NV 89501
(775) 324-1500; Fax: (775) 284-0675
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN BAMFORTH, ALISE BAMFORTH, JESSICA ENAMORADO, CYNTHIA LIERA, individually and on behalf of all those similarly situated,,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, DOES 1 through 10,,<br><br>Defendants. | CASE NO.: 2:21-cv-00712-JAD-NJK<br><br><br><br>ECF No. 15 |

**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**
**(Third Request)**

COME NOW Plaintiffs JOHN BAMFORTH, ALISE BAMFORTH, JESSICA ENAMORADO and CYNTHIA LIERA, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through their respective attorneys of record, and herein stipulate, agree and make joint application to extend the time for Plaintiffs to file an

Opposition to Defendant's Motion to Dismiss.

This case is one of eight putative class action matters currently pending before the U.S. District Court for the District of Nevada. Plaintiffs have specifically alleged that the insurers' different adjustments to their customers' auto insurance premiums in response to the COVID-19 pandemic were somehow unlawful. Defendant has filed a Motion to Dismiss Plaintiffs' Complaint based on pleading challenges, asserting that Plaintiffs are barred from pursuing their claims in civil court, along with arguments on the merits. Similar motions are currently pending in several of the other putative class action cases and Plaintiffs' counsel needs sufficient time to analyze and brief the issues in each of these eight pending matters.

Given the potential dispositive nature of Defendants' motion and the number of pending matters to which Plaintiffs' counsel must respond, additional time is required to adequately brief these issues.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

The parties therefore agree to the following briefing schedule:

Plaintiffs' Opposition to Motion to Dismiss:                                  June 7, 2021

Defendant's Reply:                                                                     June 24, 2021

Dated this <u>10th</u> day of May 2021.                    Dated this <u>10th</u> day of May 2021.

**EGLET ADAMS**                                       **ALVERSON TAYLOR & SANDERS**

<u>/s/ Robert T. Eglet</u>                                       <u>/s/ Karie N. Wilson</u>
ROBERT T. EGLET, ESQ.                          J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 3402                                 Nevada Bar No. 1339
eservice@egletlaw.com                             KARIE N. WILSON, ESQ.
 CASSANDRA S.M. CUMMINGS, ESQ.      Nevada Bar No. 7957
 Nevada Bar No. 11944                             6605 Grand Montecito Pkwy, Ste. 200
   – and –                                                  Las Vegas, NV 89149
MATTHEW L. SHARP, ESQ.                     702-384-7000 Phone
Nevada Bar No. 4746                                 702-385-7000 Fax
**MATTHEW L. SHARP, LTD.**                 *Attorneys for Defendant*
432 Ridge Street                                        *State Farm Mutual Automobile*
Reno, NV 89501                                       *Insurance Company*
(775) 324-1500; Fax: (775) 284-0675
*Attorneys for Plaintiffs*

<u>**ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE OPPOSITION
TO DEFENDANT'S MOTION TO DISMISS AND APPROVAL OF BRIEFING
SCHEDULE**</u>

**IT IS SO ORDERED.**

Dated _____May 11_____, 2021.

_____
U.S. DISTRICT COURT JUDGE

3