# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN BAMFORTH, et al.,

    Plaintiffs,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

Case No. 2:21-cv-00712-JAD-NJK

**ORDER**

[Docket No. 27]

Pending before the Court is the parties' stipulation to stay discovery. Docket No. 27. The parties submit that good cause exists to stay discovery pending resolution of Defendant's motion to dismiss. *Id.* at 2; *see also* Docket No. 13 (motion to dismiss). A pending dispositive motion, standing alone, however, does not support a stay of discovery, and the parties fail to address the appropriate standards. *See Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011).

Accordingly, the parties' stipulation to stay discovery, Docket No. 27, is hereby **DENIED** without prejudice. Any future request for a stay of discovery must address the proper standards.

IT IS SO ORDERED.

Dated: June 1, 2021

                                          Nancy J. Koppe
                                          United States Magistrate Judge