KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
ALVERSON TAYLOR & SANDERS
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
702-384-7000 Phone
efile@alversontaylor.com
kwilson@alversontaylor.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
ANNA S. McLEAN, Cal. Bar No. 142233 (*Pro Hac Vice pending*)
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947
Email: amclean@sheppardmullin.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
FRANK FALZETTA, Cal. Bar No. 125146 *(Admitted Pro Hac Vice)*
JENNIFER M. HOFFMAN, Cal. Bar No. 240600 *(Admitted Pro Hac Vice)*
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:   310.228.3700
Facsimile:   310.228.3701
E mail  ffalzetta@sheppardmullin.com
        jhoffman@sheppardmullin.com

*Attorneys for Defendant*
*State Farm Mutual Automobile*
*Insurance Company*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JOHN BAMFORTH, ALISE BAMFORTH, JESSICA ENAMORADO, CYNTHIA LIERA, individually and on behalf of all those similarly situated,<br><br>                     Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, DOES 1 through 10,<br><br>                     Defendant. | CASE NO.: 2:21-cv-00712-JAD-NJK<br><br>**REVISED STIPULATION AND PROPOSED ORDER REGARDING STAY OF DISCOVERY** |

1

KNW 27102

Plaintiffs JOHN BAMFORTH, ALISE BAMFORTH, JESSICA ENAMORADO and CYNTHIA LIERA, by and through their counsel of record Danielle C. Miller, Esq. of the law firm Eglet Adams, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("State Farm"), by and through its counsel of record Karie N. Wilson of the law firm Alverson Taylor & Sanders and Anna S. McLean of the law firm Sheppard, Mullin, Richter & Hampton LLP, agree as follows:

1. Plaintiffs filed their Complaint in the Eighth Judicial District Court for Clark County, Nevada, Case No. A-21-829883-C. Defendant State Farm removed this action to this Court on April 30, 2021.

2. State Farm filed its Motion to Dismiss on May 7, 2021. Pursuant to a Stipulation and Order approved by the Court on May 11, 2021, Plaintiffs' Opposition to the Motion to Dismiss is due on June 7, 2021 and State Farm's Reply is due on June 24, 2021.

3. In this District, requests to stay discovery may be granted when: (1) the pending motion is potentially dispositive; (2) the potentially dispositive motion can be decided without additional discovery; and (3) the Court has taken a "preliminary peek" at the merits of the potentially dispositive motion. *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 602 (D. Nev. 2011). In doing so, the court must consider whether the pending motion is potentially dispositive of the entire case, and whether that motion can be decided without additional discovery. *See Federal Housing Finance Agency v. GR Investments LLC*, Case No. 2:17-cv-03005-JAD-EJY, 2020 WL 2798011 at *3 (D. Nev. May 29, 2020) (granting motion to stay discovery pending resolution of potentially dispositive motion for summary judgment); *see also Mintun v. Experian Information Solutions, Inc.*, 2:19-cv-00033-JAD-NJK, 2019 WL 2130134 at **1-2 (D. Nev. May 15, 2019) (granting motion to stay discovery pending resolution of

2

potentially dispositive motion to dismiss).

4. The Parties agree that State Farm's motion to dismiss raises potentially dispositive legal and jurisdictional defenses to Plaintiffs' claims concerning State Farm's auto insurance rates during the COVID pandemic. The Parties agree that no discovery is required to resolve the pending Motion to Dismiss. The Parties further agree that discovery in this case will be complicated and expensive. A ruling upon the Motion to Dismiss could lead to dismissal or it could lead to a more specific framing of the discovery. The parties agree that a stay of discovery is consistent with FRCP 1 as the Parties may expend resources that are unnecessary. In addition, State Farm has specifically alleged that the Nevada Division of Insurance has exclusive jurisdiction over the issues alleged in Plaintiffs' Complaint. Plaintiffs have not requested discovery on the question of whether this case is subject to the Nevada Division of Insurance's exclusive jurisdiction or this is subject to this Court's original jurisdiction.

5. This action is one of nine actions involving a dispute related to premium refunds from automobile insurers due to the effects of COVID-19. Pursuant to Local Rule 42-1(a), eight of those cases have been transferred to District Judge Boulware and Magistrate Judge Brenda Weksler. *See* Exhibit 1 – Transfer Order. One of those cases was before this court. *See Cannuscio v. GEICO Advantage Insurance Company,* 2-21-cv-00613-JAD-BNW. On June 7, 2021, Plaintiffs filed a Request to Amend Transfer Order to incorporate this case. ECF No. 31. Plaintiffs' request has not been ruled upon by the court.

6. Pending resolution of State Farm's Motion to Dismiss, the Parties agree and stipulate to a stay of discovery including, but not limited to, any discovery obligations set forth in Fed. R. Civ. P. 26 and LR 26-1.

KNW 27102

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV 89149
(702) 384-7000

7. If the Court denies State Farm's Motion to Dismiss, in whole or in part, the Parties agree to submit a Discovery Plan and Scheduling Order within thirty (30) days after entry of the Court's Order on the motion.

8. The parties respectfully suggest that good cause exists to enter the stipulated stay of discovery to preserve judicial and party resources and based on application of the factors set forth in paragraph 3, above.

9. The Parties represent that this stipulation is sought in good faith, is not interposed for delay, and is not filed for an improper purpose.

Dated this 25th day of June 2021.

ALVERSON TAYLOR & SANDERS

*[signature]*

Karie N. Wilson, Esq.
Nevada Bar No. 7957
6605 Grand Montecito Pkwy
Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-7000
kwilson@alversontaylor.com

Dated this 25th day of June 2021.

EGLET ADAMS

*/s/ Matthew L. Sharp*

Matthew L. Sharp, Esq.
Nevada Bar No. 4746
Danielle C. Miller, Esq.
Nevada Bar No. 9127
400 S. 7th Street
Suite 400
Las Vegas, NV 89101
Telephone: (702) 450-5400
Facsimile: (702) 450-5451
dmiller@egletlaw.com

## **Order**

IT IS ORDERED that the parties' stipulation is GRANTED. Discovery is STAYED pending the district judge's decision on State Farm's motion to dismiss. The parties' proposed DPSO is due 30 days after the district judge's decision.

**IT IS SO ORDERED**

**DATED:** 2:51 pm, July 09, 2021

*[signature]*

**BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE**

4

KNW 27102